**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                       **Case No: 8:03-CR-448-T-23EAJ**

**REGINALD LEON THOMAS**

_____

**O R D E R**

Upon the motion of counsel for the defendant, the Court finding there is reason to believe that an examination of the defendant is necessary and proper in order to determine if he is competent to stand trial, pursuant to 18 U.S.C. §§4241, 4242 and 4247, it is

ORDERED:

1. That Dr. Donald Taylor, an expert in the field of psychiatry, is appointed to conduct an examination of the defendant in order to determine his present competency to stand trial, which shall include his ability to understand the nature and consequences of the proceedings against him and his ability to assist properly in his defense. The examination shall take place on August 17, 2006 and Dr. Taylor shall prepare a written report within 7-10 days following the examination. In making his determination, Dr. Taylor shall include in his report the following items:

(1)      the person's history and present symptoms

(2)      a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3)      the examiner's findings; and

(4)      the examiner's opinions as to diagnosis, prognosis; and

(5)      whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

With regard to item (5), Dr. Taylor shall answer the following additional questions:

    (a)    Does the defendant have present sufficient ability to consult with his counsel with a reasonable degree of rational understanding?

    (b)    Does the defendant have a rational, as well as a factual understanding of the proceedings against him?

2. Counsel shall furnish to Dr. Taylor any information pertinent to these issues, including a copy of the indictment, and any pertinent medical reports.

3. Upon completion of this examination Dr. Taylor shall prepare a written report which includes the answers to the above questions and furnish it to Elizabeth A. Jenkins, United States Magistrate, Chambers 11A, United States Courthouse, 801 North Florida Avenue, Tampa, Florida, 33601 with copies to Christopher Desrochers, Esq., 2504 Avenue G, N.W., Winter Haven, Florida 33880 and to Assistant United States Attorney Ashley Moody, 400 N. Tampa Street, Suite 3200, Tampa, Florida, 33602.

4. That a competency hearing may be scheduled before the undersigned at a date to be announced.

5. The United States Attorney's office, 400 N. Tampa Street, Suite 3200, Tampa, Florida, 33602, shall be billed directly for all services rendered in accordance with this Order.

DONE and ORDERED at Tampa, Florida, this __3rd__ day of August, 2006.

ELIZABETH A. JENKINS
United States Magistrate Judge